FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:25-cr-02096-SAB-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING** |
| PABLO CARMONA-CARMONA, | **INDICTMENT** |
| Defendant. | ***USMS ACTION REQUIRED*** |

Before the Court is the Government's Motion to Dismiss Indictment and Quash Arrest Warrant, ECF No. 30, and related Motion to Expedite, ECF No. 31. The Government is represented by Letitia Sikes. Defendant is represented by Nick Mirr.

The Government asks the Court to dismiss the Indictment filed in the above-captioned case, pursuant to Federal Rule of Criminal Procedure 48(a).

The Court makes no judgment as to the merit or wisdom of the motion.

//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Expedite, ECF 31, is **GRANTED**.

2. The Government's Motion to Dismiss Indictment, ECF No. 30, is **GRANTED**.

3. Defendant's Motion to Extend Pretrial Motion Filing Deadline, Exclude Untimely Discovery, and Dismiss Indictment, ECF No. 29, is **DISMISSED AS MOOT**.

4. Pursuant to Fed. R. Cr. P.48(a), the Indictment filed in ECF No. 4, is **DISMISSED**, without prejudice.

5. The United States Marshals Service shall immediately **RELEASE** Defendant from custody.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide a copy to counsel, and **close** the file.

**DATED** this 3rd day of October 2025.

Stan Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT # 2**